IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02476-MSK-BNB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$42,080.00 IN UNITED STATES CURRENCY; and

$3,884.00 IN UNITED STATES CURRENCY,

       Defendants.

## DEFAULT JUDGEMENT AND FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Default Judgment and Final Order of Forfeiture **(#13)**, the Court having reviewed said Motion FINDS:

THAT The United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by supplemental Rule G(4) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT after notice, there have been no Claims, Answers, or other responsive pleadings filed in this matter as required by Rule G(5) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT Entry of Default was entered by the Clerk on March 9, 2009;

THAT based upon the facts and verification set forth in the Verified Complaint, it appears that there was reasonable cause for the seizure of all the defendant property and a Certificate of

Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.  It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881; and

THAT none of the defendant property is an infant, incompetent person, officer or agency of the United States or the State of Colorado, or in the military service.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT the Motion is GRANTED and default judgment and forfeiture of defendants $42,080.00 in United States Currency, and $3,884.00 in United States Currency, including all right, title, and interest is hereby entered in favor of the United States;

THAT the United States shall have full and legal title to the defendant property and may dispose of said property in accordance with law; and

THAT this Default Judgment and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause under 28 U.S.C. § 2465.  The Clerk is directed to close this case.

DATED this 21st day of April, 2009.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge